IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NINA SELTZER,

    Plaintiff,

v.                                        CASE NO. 1:12cv101-MP-GRJ

VALENTINE & KEBARTAS, INC.,

    Defendant.

_____/

**O R D E R**

    This matter is before the court on plaintiff's Notice of Settlement of all matters in controversy. (Doc. 6). Pursuant to Local Rule 16.2(D), this case is DISMISSED, and the clerk is directed to administratively close the file. The court shall retain jurisdiction for sixty (60) days, during which any party may move the court, for good cause shown, to reopen the case for further proceedings.

    **DONE and ORDERED** this 13th day of June, 2012.

                                                *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**