UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NINA SELTZER,

    Plaintiff,

    v.                                        CASE NO.: 1:12-cv-00101-MP-GRJ

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

NINA SELTZER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, VALENTINE & KEBARTAS, INC (Defendant), in this case.


DATED:  August 15, 2012          RESPECTFULLY SUBMITTED,

                                               KROHN & MOSS, LTD.

                                               By:  /s/ Shireen Hormozdi

                                                    Shireen Hormozdi
                                                    Attorney for Plaintiff
                                                    Krohn & Moss, Ltd.
                                                    10474 Santa Monica Blvd., Suite 401
                                                    Los Angeles, CA 90025
                                                    Tel: (323) 988-2400 x 267
                                                    Fax: (866) 385-1408
                                                    Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

    Robert Handley
    Valentine & Kebartas, Inc.
    524 Cleveland Boulevard
    Suite 201
    Caldwell ID 83605


                                                  By:  /s/ Shireen Hormozdi


                                          Shireen Hormozdi
                                            Attorney for Plaintiff
                                            Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd., Suite 401
                                            Los Angeles, CA 90025
                                            Tel: (323) 988-2400 x 267
                                            Fax: (866) 385-1408
                                            Email: shormozdi@consumerlawcenter.com